The Electric Auto-Lite Company, appellee, v. Wieboldt Stores, Inc., appellant. Gen. No. 36,308.

Opinion filed May 24, 1933. Rehearing denied June 7, 1933.
Louis J. Victor, for appellant. Baker, Holder, Schmidt & Kolb, for appellee; Earl J. Kolb, of counsel.
Mr. Presiding Justice Wilson delivered the opinion of the court.

August Campetto, administrator of the estate of Josephine Smaniotto, deceased, appellant, v. Charles R. Blessing, appellee. Gen. No. 36,317.

Opinion filed May 24, 1933.
S. Stanley Stoller, for appellant; S. Stanley Stoller and Elliott A. Berman, of counsel. No appearance for appellee.
Mr. Presiding Justice Wilson delivered the opinion of the court.

The 25 East Delaware Building Corporation, appellee, v. John Elliott Jenkins, appellant. Gen. No. 35,940.

Opinion filed May 24, 1933.
Murphy, Hollywood, Turner & Barron, for appellant. Cummings & Wyman, for appellee; Daniel P. Nagle, of counsel.
Mr. Justice Hall delivered the opinion of the court.

Harriette L. Martin, defendant in error, v. Dr. Ernest Charles Martin, plaintiff in error. Gen. No. 36,022.

Opinion filed May 24, 1933. Rehearing denied June 7, 1933.
Abbott, Abbott & Bishop, for plaintiff in error; Arthur V. Bishop, of counsel. B. G. Clanton, for defendant in error.
Mr. Justice Hall delivered the opinion of the court.

Thomas E. Tallmadge and Vernon S. Watson, trading as Tallmadge and Watson, plaintiffs in error, v. George F. Nixon, defendant in error. Gen. No. 36,041.

Opinion filed May 24, 1933.
Oscar S. Seaver, for plaintiffs in error. Foreman, Bluford, Krinsley & Schultz, for defendant in error.
Mr. Justice Hall delivered the opinion of the court.